UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES PANGBORN,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFF LYNCH, et al.,<br><br>        Defendants. | No.  2:23-cv-0825 KJM AC P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed April 20, 2024, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days.  ECF No. 8.  This case will now be set for a settlement conference before Chief Magistrate Judge Carolyn K. Delaney that will be held in conjunction with the settlement conference in Pangborn v. Strong, 2:23-cv-2976 DAD CSK.  A writ for plaintiff's appearance at the settlement conference will issue in Pangborn v. Strong.

      Accordingly, IT IS HEREBY ORDERED that:

      1.  The case is set for a settlement conference before Chief Magistrate Judge Carolyn K. Delaney on September 9, 2024, at 9:30 a.m.  The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference.

      2.  The parties are instructed to have a principal with full settlement authority present at

1 the settlement conference or to be fully authorized to settle the matter on any terms.  The
2 individual with full authority to settle must also have "unfettered discretion and authority" to
3 change the settlement position of the party, if appropriate.  The purpose behind requiring the
4 attendance of a person with full settlement authority is that the parties' view of the case may be
5 altered during the conference.  An authorization to settle for a limited dollar amount or sum
6 certain can be found not to comply with the requirement of full authority to settle.

      3. The parties are directed to submit confidential settlement conference statements to the court using the following email address: ckdorders@caed.uscourts.gov.  Plaintiff may submit his statement by mail and it should be addressed to Chief Magistrate Judge Carolyn K. Delaney, U.S. District Court, 501 I Street, Sacramento, CA 95814.  The statements should be marked "CONFIDENTIAL" and should state the date and time of the conference.  If a party desires to share additional confidential information with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).  Such statements are due at least seven (7) days prior to the Settlement Conference.  Upon submission of confidential settlement statements, each party shall file on the docket a "Notice of Submission of Settlement Conference Statement."

      4. The stay in this case is extended to September 9, 2024.

DATED: August 1, 2024

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE